UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.                                                         Case No. 8:18-cv-1003-T-23TGW

DIANE J. HARRISON, MICHAEL J. DANIELS,
and CATHERINE A. BRADAICK-ZOLLA,

      Defendants,

and

5 DOGS, INC.,

      Relief Defendant.
_____

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Middle District of Florida Local Rule 2.03(b), undersigned counsel Amie Riggle Berlin hereby moves to withdraw as counsel in this matter due to the reassignment of her work duties at the Securities and Exchange Commission to attend to other litigation matters. Undersigned counsel is no longer assigned to work on this litigation and must instead attend to other assigned matters. In essence, undersigned counsel has been discharged by the client, which is the Securities and Exchange Commission, as a trial attorney in this case and is no longer working on this case.

Withdrawal will not have a material adverse effect on the Commission. The Commission has replaced undersigned counsel with trial attorneys Robert Levenson and

Wilfredo Fernandez (DE 6 & 10) (Notices of Appearance). Further, Jeffrey Cook, counsel with knowledge of this case who appears with undersigned on the Complaint, remains assigned to this case.

Pursuant to Local Rule 2.03(b), undersigned counsel provided all Defendants and the Relief Defendant with written notice of this Motion more than 10 days prior to filing (Composite Exhibit 1 hereto).

WHEREFORE, Berlin respectfully requests that the Court permit her to withdraw as counsel.

Dated: May 18, 2018                                         Respectfully submitted,


                                             By:    s/Amie Riggle Berlin
                                                    Amie Riggle Berlin
                                                    Senior Trial Counsel
                                                    Florida Bar No. 0630020
                                                    Direct Dial:  (305) 982-6322
                                                    E-mail: berlina@sec.gov
                                                    *Lead Attorney*
                                                    *Attorney To Be Noticed*

                                                    **ATTORNEYS FOR PLAINTIFF**
                                                    **SECURITIES AND EXCHANGE COMMISSION**
                                                    801 Brickell Avenue, Suite 1800
                                                    Miami, Florida 33131
                                                    Telephone: (305) 982-6300
                                                    Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Amie Riggle Berlin<br>
Amie Riggle Berlin, Esq.

## SERVICE LIST

Michael J. Daniels
6719 Bobby Jones Court
Palmetto, FL 34221
*Pro Se*
Via Overnight Delivery

Diane J. Harrison
6719 Bobby Jones Court
Palmetto, FL 34221
*Pro Se*
Via US Mail and Email

Catherine Bradaick-Zolla
3716 McIntosh Road
Sarasota, FL 34232
*Pro Se*
Via US Main and Email

5 Dogs, Inc.
c/o Michael J. Daniels, President
6719 Bobby Jones Court
Palmetto, FL 34221
*Pro Se*
Via Overnight Delivery