UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:18-cv-1003-T-23GW

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
DIANE J. HARRISON, MICHAEL J. DANIELS,)
and CATHERINE A. BRADAICK-ZOLLA,      )
                                      )
            Defendants,               )
                                      )
and                                   )
                                      )
5 DOGS, INC.,                         )
                                      )
            Relief Defendant.         )
                                      )

**PLAINTIFF'S NOTICE OF DISMISSAL OF DISGORGEMENT
AND PREJUDGMENT INTEREST CLAIMS**

On May 18, 2020, Plaintiff Securities and Exchange Commission filed its Motion for Final Judgments against Defendants Michael Daniels and Diane Harrison ("Motion"), seeking the imposition of disgorgement, prejudgment interest on disgorgement, and civil penalties against both Defendants (DE 140). After Daniels and Harrison both opposed the Motion, the Supreme Court on June 22, 2020 rendered its opinion in *Liu v. SEC*, 140 S. Ct. 1936 (2020). In *Liu*, the Supreme Court further defined the circumstances under which disgorgement of ill-gotten gains is an appropriate remedy in a Commission enforcement action.

After evaluating *Liu* in light of the circumstances of this case, the Commission notifies the Court that it is dismissing its claims for disgorgement and prejudgment interest against Daniels and Harrison.  However, the Commission continues to seek civil penalties of $200,000 each against Daniels and Harrison as set forth in the Motion, and for the reasons set forth in the Motion asks the Court to enter Final Judgments imposing the requested civil penalties against both Defendants.

Date:  August 20, 2020

By: s/Robert K. Levenson
Robert K. Levenson
Senior Trial Counsel
Fla. Bar No. 0089771
Telephone: (305) 982-6341
Facsimile: (305) 536-4154
E-mail:  Levensonr@sec.gov

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of

Electronic Filing.

s/Robert K. Levenson
Robert K. Levenson, Esq.

## SERVICE LIST

Michael J. Daniels
6719 Bobby Jones Court
Palmetto, FL 34221
*Pro Se*
Via Overnight Delivery

Diane J. Harrison
6719 Bobby Jones Court
Palmetto, FL 34221
*Pro Se*
Via US Mail and Email